UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
E. ARMATA, INC., FOODNATION, INC. and
G AND P WAREHOUSE INTERNATIONAL
LLC t/a FOODNATION PRODUCE DISTRIBUTORS,

      Plaintiffs,

                        JUDGMENT
                        18-CV-6573 (DLI)

  -against-

SHOKON INC., BIG B FOODS INC., BIG B
FOODS RETAIL INC., JASKAWAL SINGH
and SHINEY EAPEN a/k/a SHINEY
DANIEL,

      Defendants.
------------------------------------------------------------ X

    An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 27, 2019, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated August 30, 2019, denying plaintiffs' motion for default judgment; and dismissing the complaint for failure to state a claim as to the federal claims; and declining to exercise supplemental jurisdiction over the state law claims for the reasons stated in the thorough and well reasoned R&R; it is

    ORDERED and ADJUDGED that plaintiffs' motion for default judgment is denied; that the complaint is dismissed for failure to state a claim as to the federal claims; and that the Court declines to exercise supplemental jurisdiction over the state law claims for the reasons stated in the thorough and well reasoned R&R.

Dated: Brooklyn, NY                    Douglas C. Palmer
   September 30, 2019                Clerk of Court

                             By: /s/*Jalitza Poveda*
                                Deputy Clerk